UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bodhisattva Skandha

V.

CIVIL ACTION: 10-11955-NMG

Gerry Savoie, et al

## **FINAL JUDGMENT**

GORTON, U.S.D.J.                                          August 18, 2011

Pursuant to the Memorandum and Order granting the defendants' Motion for Summary Judgment, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the Defendants .

By the Court,

/s/ Christine M. Patch
DEPUTY CLERK